JACOB L. KRAH et al., respondents,

*v.*

HENRY RADCLIFFE et al., appellants.

[Submitted December 5th, 1910.  Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *75 N. J. Eq. (5 Buch.) 189.*

*Messrs. Osborne & Astley,* for the respondents.

*Mr. Frank E. Bradner,* for the appellants.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON—13.

*For reversal*—None.